IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–48–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LAURA LEIGH BRENDAL, | |
| Defendant. | |

Based on Defendant Laura Leigh Brendal's continued compliance with the conditions of her supervised release, IT IS ORDERED that the pending revocation petitions (Docs. 27; 37) are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Ms. Brendal remains subject to all previously imposed conditions of supervised release.

DATED this 29th day of November 2021.

_____
Dana L. Christensen, District Judge
United States District Court